**Electronically Filed
Supreme Court
SCWC-11-0000488
13-FEB-2013
02:36 PM**

SCWC-11-0000488

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

COUNTY OF HAWAI'I, a municipal corporation of the
State of Hawai'i, Respondent/Plaintiff-Appellee,

v.

ABEL SIMEONA LUI, Petitioner/Defendant-Appellant,

and

AH LUI, WILLIAM VIERNES-KEAWEPOEPOE, JOHN HERMAN, MARK THOMAS,
HARVEY KELIIKOA and THOMAS ANTHONY, LIKO MARTIN, SHELLEY STEPHENS
and KITTRENA MORGAN, Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000488; CASE NO. 3RC11-1-131K)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The "Order Rejecting Application for Writ of

Certiorari", filed on January 24, 2013, which was filed due to a

clerical error, is hereby vacated.

DATED: Honolulu, Hawai'i, February 13, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

